SCHWERIN AIR CONDITIONING CORPORATION, Appellant, v. SERVEL, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See *post*, p. 793.]

HAZEL C. MAXON et al., Respondents, v. 43–47 EAST 10TH STREET REALTY CORPORATION et al., Appellants, et al., Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

WILLIAM PICKETT, Appellant, v. CITY OF NEW YORK, Respondent.— Order unanimously affirmed. No opinion. Judgment affirmed, with costs. No opinion. Present — Peck, J J., Callahan, Breitel, Bastow and Botein, JJ.; Callahan and Bastow, JJ., dissent and vote to reverse and direct judgment in favor of the plaintiff aft'r an assessment of damages.

ANONYMOUS, Respondent, v. ANONYMOUS, Appellant.— The order requiring the respondent-appellant father to pay $65 per month for support of his child unanimously reversed and the matter remitted to the Domestic Relations Court for proceedings *de novo* following the filing of the wife's petition. The appeal from the order denying the respondent-appellant's motion for a rehearing unanimously dismissed as academic. No costs. In view of the informality of the record, the absence of any answer to the petition, the absence of any findings, formal or informal, and the ambiguity in the record as to whether respondent-appellant consented to the order, the proceedings should be remitted. Thus the deficiencies may be supplied and a record made upon which the husband's objections may be properly considered. Settle order on notice. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

In the Matter of CAROL MANAGEMENT CORP., Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [12 East 48th St., Borough of Manhattan.] — Order unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

In the Matter of CAESAR VESCERA et al., Respondents, against TEMPORARY STATE HOUSING RENT COMMISSION, Respondent, and 193–5 EAST HOUSTON STREET REALTY CORP., Intervener, Appellant.— Order unanimously reversed and the petition dismissed. Petitioners were given ample opportunity to present to the Rent Administrator evidence on the issues before the Administrator. His refusal to extend their time for the purpose of introducing further evidence was neither arbitrary nor unreasonable. There is no basis in an article 78 proceeding to interfere with the Administrator's disposition of this matter. Settle order on notice. Appeal unanimously dismissed. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ.